DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ESTEVAN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ESTEVAN RODRIGUEZ, Et al.,<br><br>              Defendant. | NO. 1:07-cr-00097 AWI<br><br>STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING;<br>ORDER<br><br>Date:  January 28, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before January 2, 2008, responses shall be filed on or before January 14, 2008, replies shall be filed on or before January 22, 2008, and **the status conference/motions hearing in the above-referenced matter now set for December 17, 2007, may be continued to January 28, 2008, at 9:00 A.M.**

   This continuance is requested by counsel for Defendant Estevan Rodriguez to allow her additional time for further defense preparation and investigation, and to allow the parties time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

 ///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 13, 2007       By:  /s/ Kimberly A. Sanchez
                                KIMBERLY A. SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: December 13, 2007       By:   /s/ Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                ESTEVAN RODRIGUEZ

DATED: December 13, 2007        /s/ E. Marshall Hodgkins, III
                                E. MARSHALL HODGKINS, III
                                Attorney for Defendant
                                ELENO RODRIGUEZ

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 14, 2007**            /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE